# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 27, 2007

132645

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

JONELLE MYRICE WILKERSON,
  Defendant-Appellant.

SC: 132645
COA: 272878
Wayne CC: 05-004527-02
    05-004528-01

_____/

   On order of the Court, the application for leave to appeal the October 12, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



   I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 27, 2007

_____
       Clerk

t0220